UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER JR WATSON, III,

                    Plaintiff,

          -against-

NYC DEPARTMENT OF CORRECTIONS,
ET AL.,

                    Defendants.

25-CV-2968 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

        By order dated February 18, 2026, the Court directed Plaintiff to file an amended

complaint within 60 days. That order specified that failure to comply would result in dismissal of

the complaint. Plaintiff has not filed an amended complaint, and the time to do so has expired.

Accordingly, Plaintiff's federal claims are dismissed for failure to state a claim upon which relief

may be granted, and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental

jurisdiction of the state law claims.

        The Court directs the Clerk of Court to enter a civil judgment dismissing this action.

SO ORDERED.

Dated:    April 27, 2026
          New York, New York

                                                    _____
                                                         Louis L. Stanton
                                                         U.S.D.J.