UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER JR WATSON, III,

                Plaintiff,

      -against-

NYC DEPARTMENT OF CORRECTIONS,
ET AL.,

                Defendants.

25-cv-2968 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, Plaintiff's federal claims are dismissed for failure to state a claim upon which relief may be granted, and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of the state law claims.

SO ORDERED.

Dated:    April 30, 2026
           New York, New York

                      /s/ Louis L. Stanton
                          Louis L. Stanton
                   United States District Judge